IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:   CASE NO. 23-01943

Zshaquel Walker   CHAPTER 13

Debtor(s).   JUDGE David D. Cleary

**OBJECTION TO CONFIRMATION OF PLAN FILED FEBRUARY 15, 2023**

Lakeview Loan Servicing, LLC, hereinafter referred to as "Creditor", by and through its attorneys, Diaz Anselmo & Associates, LLC, objects to the confirmation of the Chapter 13 plan for the following reasons:

1. This Court has jurisdiction pursuant to 28 U.S.C.§ 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

4. The debtor filed a petition for relief under Chapter 13 on February 15, 2023.

5. Lakeview Loan Servicing, LLC holds a mortgage secured by a lien on debtor's real estate commonly known as 9540 South Indiana Avenue, Chicago, Illinois 60628.

6. The creditor will be filing a claim for pre-petition arrears estimated to be $4,336.95.

7. The Chapter 13 plan provides that the Debtor will pay Lakeview Loan Servicing, LLC arrears of $0.00.

8. The Chapter 13 plan provides that the debtor will make post-petition payments in the amount of $1,504.00 directly to the Creditor. However, the correct post-petition payment amount is $1,557.27.

9.  The Chapter 13 plan is not feasible as it will not complete within 5 years. Therefore, the plan does not comply with the requirements of 11 U.S.C. § 1322(d).

10. The Chapter 13 plan does not provide that the Creditor will be paid its secured claim of $4,336.95. Therefore, the plan does not comply with 11 U.S.C. § 1325(a)(5)(B).

WHEREFORE, Creditor prays for entry of the attached Order Denying Confirmation of the Chapter 13 plan.

Lakeview Loan Servicing, LLC

/s/Nisha B. Parikh

Nisha B. Parikh | ARDC #6298613
Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B23030010

This law firm is deemed to be a debtor collector.